UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BLAINE R. HANDERHAN, | : | CIVIL ACTION NO. 3:CV-17-0928 |
| Petitioner | : | (Judge Nealon) |
| v. | : | |
| WARDEN - FCI-DANBURY, CT., Respondent | : | |

## ORDER

**AND NOW, THIS 31st DAY OF MAY, 2017,** for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1, petition) is **DISMISSED**, without prejudice, for lack of jurisdiction.

2. The Clerk of Court is directed to **CLOSE** this case.

/s/ William J. Nealon
**United States District Judge**